IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRISTIN ADKINS, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-15-0309 |
| § | |
| ROSENBERG TRAVEL PLAZA, INC., § | |
| *et al.*, § | |
|     Defendants. § | |

## **ORDER**

Plaintiff filed this Fair Labor Standards Act ("FLSA") case on February 3, 2015, against three Defendants – Rosenberg Travel Plaza, Inc., Mohammad Hussain, and Morteza Vakili Tahami. In the Complaint [Doc. # 1], Plaintiff identifies Mohammad Hussain and Morteza Vakili Tahami as individuals "in charge and operating [*sic*] a business known as Rosenberg Travel Plaza, Inc." By Order [Doc. # 5] entered April 6, 2015, Plaintiff was warned that failure to obtain service on these three defendants by June 4, 2015, would result in dismissal of this case pursuant to Rule 4(m) of the Federal Rules of Civil Procedure as against any unserved Defendant.

On May 27, 2015, Plaintiff filed a First Amended Complaint [Doc. # 6] containing the same caption as the original complaint. In the text of the First Amended Complaint, however, Plaintiff lists Harwin Exchange Center, Inc. and

Mohammed Sohani, "an individual in charge of operating a business known as Rosenberg Travel Plaza, Inc.," as defendants.

On June 4, 2015, Plaintiff filed a Notice of Dismissal as to Defendants Rosenberg Travel Plaza, Inc., Mohammad Hussain, and Morteza Vakili Tahami – the three original defendants. Plaintiff's Notice of Dismissal does not include dismissal of the claims against newly-added defendant Mohammed Sohani, identified in the First Amended Complaint only as "an individual in charge of operating a business known as Rosenberg Travel Plaza, Inc." It is hereby

**ORDERED** that, pursuant the Notice of Dismissal [Doc. # 7], all claims against Defendants Rosenberg Travel Plaza, Inc., Mohammad Hussain, and Morteza Vakili Tahami are **DISMISSED**. It is further

**ORDERED** that by **June 22, 2015**, Plaintiff shall file a Second Amended Complaint clearly identifying the defendants against whom she seeks to assert her FLSA claims. In the Second Amended Complaint, Plaintiff shall allege specifically the factual basis for any claims she continues to assert against Mohammed Sohani.

SIGNED at Houston, Texas, this 8th day of **June, 2015**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE